# Court of Appeals
# of the State of Georgia

ATLANTA,___May 19, 2014_____

*The Court of Appeals hereby passes the following order:*

## A14A1491. JEFFERY C. CARTER v. BEVERLY A. GANTT, ON BEHALF OF DALE A. ALLISON, et al.

Jeffery C. Carter, defendant in the case below, seeks appellate review of the trial court's order granting summary judgment to the plaintiffs. The trial court's order was entered on January 15, 2014, and Carter filed his notice of appeal on February 18, 2014. We lack jurisdiction because the appeal is untimely.

A notice of appeal must be filed within 30 days after entry of the order on appeal. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. See *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997). Here, Carter filed his notice of appeal 34 days after entry of the order he seeks to challenge. His appeal is therefore untimely, and it is hereby DISMISSED for lack of jurisdiction



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/19/2014_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ , *Clerk.*